AO 245D (Rev. 09/11)  Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARIA RUBY LEWIS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:3:09CR00005-003<br>    USM Number:<br><br>R. Mark Upton<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]    admitted guilt to violation of condition(s) No. 1-3  of the term of supervision.

[ ]    was found in violation of condition(s) ___ after denial of guilt.

The defendat is adjudicated guilty of these violations:

| | | **Date Violation** |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Occurred** |
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 29, 2012
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

JAMES J. BRADY, United States District Judge
Name & Title of Judicial Officer

November 29, 2012
_____
Date

USAtty

AO 245 D (Rev. 09/11) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:09CR00005-003 | Judgment - Page 2 of 5 |
| DEFENDANT: | MARIA RUBY LEWIS | |

## ADDITIONAL VIOLATION

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| No. 1 - Special Condition | The defendant shall reside for a period of six months, or until released by the probation officer in the Ecumenical Community Corrections Center and observe the rules of that facility. | October 1, 2012 |
| No. 2 - Mandatory Condition | The defendant shall refrain from unlawful use of a controlled substance. | August 31, 2012 |
| No. 3 - Special Condition | The defendant shall participate in a substance abuse assessment and/or treatment program which may include urine testing and residential treatment, and shall assist in the cost of said treatment, as approved by the probation officer. | August 27, 2012 |

AO 245B        (Rev. 09/11) Judgment in a Criminal Case
               Sheet 2 - Imprisonment
----

CASE NUMBER:        3:09CR00005-003                                    Judgment - Page 3  of  5
DEFENDANT:          MARIA RUBY LEWIS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months, with no supervision to follow .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The court recommends that Ms. Lewis be housed in a facility close to Arkansas where she can receive mental health treatment and alcohol addiction treatment.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                          _____
                                                          UNITED STATES MARSHAL


                                              By  _____
                                                          Deputy U.S.  Marshal

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
   Sheet 5 - Criminal Monetary Penalties
_____
CASE NUMBER:        3:09CR00005-003                                Judgment - Page 4  of  5
DEFENDANT:        MARIA RUBY LEWIS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ | $ | $ |

[ ]    The determination of restitution is deferred until _.  An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C.§3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[ ]    Restitution amount ordered pursuant to plea agreement .......... **$____**

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]    The interest requirement is waived for the          [ ]   fine          [ ]   restitution.

   [ ]    The interest requirement for the [ ]   fine   [   ]   restitution  is modified as follows:

  * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
    Sheet 6 - Schedule of Payments

| | |
|---|---|
| CASE NUMBER:    3:09CR00005-003 | Judgment - Page 5 of 5 |
| DEFENDANT:    MARIA RUBY LEWIS | |

# SCHEDULE OF PAYMENTS

Having accessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   [ ]   Lump sum of $ _ due immediately, balance due

        [] not later than _, or
        [] in accordance     [] C,  [] D,  [] E, or [] F below; or

B   [ ]   Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C   [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   []   Payment during the term of supervised release will commence within _(e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ]   Joint and Several

        Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


    [ ]   The defendant shall pay the cost of prosecution.

    []   The defendant shall pay the following court costs:


    [ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.